**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00401-CV**

_____

**IN THE INTEREST OF K.L.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-235,678**

_____

**MEMORANDUM OPINION**

On May 29, 2020, the trial court signed a judgment terminating the parental rights of J.L. to her child, K.L. On December 16, 2021, J.L. filed a notice of appeal. We questioned our jurisdiction and J.L. filed a response.

An appeal is accelerated in a case where the trial court ordered termination of parental rights. See Tex. Fam. Code Ann. §§ 109.002, 263.405(a); *see also* Tex. R. App. P. 28.4. Accordingly, a notice of appeal is due twenty days after the trial court signs the final judgment. *See* Tex. R. App. P. 26.1(b), 28.1(b). The appellant has not shown that she filed a notice of appeal within the time authorized for perfecting an

accelerated appeal or for requesting an extension of time to file a notice of appeal. *See* Tex. R. App. P. 26.1(b), 26.3. Therefore, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 19, 2022
Opinion Delivered January 20, 2022

Before Kreger, Horton and Johnson, JJ.